UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

THE JULIA CHILD FOUNDATION FOR  　X
GASTRONOMY AND THE CULINARY
ARTS, a Massachusetts Charitable Trust, and   :
ALEX PRUD'HOMME,
　　　　　　　　　　　　　　　　　　　　　：
　　　　　　Plaintiffs,　　　　　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　．　　　　07-CA-11748 (RWZ)
　　v.
　　　　　　　　　　　　　　　　　　　　　：
SONY CORPORATION OF AMERICA,
SONY PICTURES ENTERTAINMENT INC., :
AND COLUMBIA PICTURES INDUSTRIES,
INC.,　　　　　　　　　　　　　　　　　　：

　　　　　　Defendants.　　　　　　　　：

　　　　　　　　　　　　　　　　　　　　　：
_____X

**DEFENDANTS SONY PICTURES ENTERTAINMENT INC.'S AND COLUMBIA
PICTURES INDUSTRIES, INC.'S ANSWER**

Defendants Sony Pictures Entertainment Inc. ("SPE") and Columbia Pictures Industries, Inc. ("CPII"), by their attorneys, Loeb & Loeb LLP and Posternak Blankstein & Lund LLP, hereby respond to the Complaint of plaintiffs The Julia Child Foundation for Gastronomy and the Culinary Arts (the "Foundation") and Alex Prud'Homme (collectively, "Plaintiffs"), as follows:

**TRUE NATURE OF THIS ACTION**

Plaintiffs commenced this purported copyright infringement action for the purpose of preventing SPE and CPII from producing a biographical motion picture about Julia Child, however Plaintiffs' lawsuit, if successful, would effectively stifle the creation of *any* biographical motion picture about Julia Child.

The screenplay attached to Plaintiffs' complaint (the "December 2006 Screenplay"), which Plaintiffs allege infringes the work My Life in France (the "Autobiography"), is based on the bestselling non-fiction book Julie and Julia: 365 Days, 524 Recipes, 1 Tiny Apartment Kitchen: How One Girl Risked Her Marriage, Her Job, & Her Sanity to Master the Art of Living by Julie Powell ("Powell Book"), and on Powell's internet blog, which she wrote from August 2003 to August 2004. The Powell Book tells the story of how a secretary living in Queens was inspired by Julia Child and spent a year of her life making every recipe in Child's famous French cookbook, Mastering the Art of French Cooking. While blogging on the internet about the experience, she discovered herself as a writer, cook, and wife. Contrary to Plaintiffs' misleading description of the Powell Book, the persona, experiences and philosophy of Julia Child, delivered though her approach to cooking and life, appear throughout the Powell Book and Powell's internet blog, both of which were written before publication of the Autobiography.

As early as 2004, long before the publication of the Autobiography, the producers of the motion picture *Julie & Julia* (the "Motion Picture") conceived of the project as alternating between the life stories of Julie Powell and Julia Child. The writer of the screenplay followed this previously conceived content and structure in drafting the screenplay. Gathering additional facts about Julia Child from a variety of sources, the December 2006 Screenplay furthers this transformational theme and purpose by comparing and contrasting parallel episodes in the lives of Julia Child and Julie Powell.

Simply put, the December 2006 Screenplay did not copy a single copyrightable element from the Autobiography. The alleged "similarities" between the works, to the extent they are similar at all, solely concern widely-reported historical facts from the life of the iconic chef, cookbook author and television personality Julia Child. For example, Plaintiffs allege

infringement because the screenplay "[d]escribes how happy Julia is to be in France;" describes how Julia Child's husband Paul gave her "a copy of Larousse Gastronomique for her 37th birthday;" and that during her time in France, Julia stated that she had "at long last" found her life's calling. These, and the other "similarities" alleged in the Complaint, are facts which, pursuant to the most fundamental principles of copyright law, are not protected by copyright. These common facts, most of which were also described, in virtually the same manner, in no less than three other published biographies of Julia Child and in numerous newspaper and magazine articles, cannot be used by Plaintiffs to monopolize the field and to suppress legitimate biographical works and commentary on the life of Julia Child.

## RESPONSES TO ALLEGATIONS IN THE COMPLAINT

1. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Complaint.

2. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Complaint.

3. Admit the allegations of paragraph 3 of the Complaint.

4. Deny the allegations of paragraph 4 of the Complaint, except admit that SCA is a New York corporation that has a principal place of business in New York, New York and is the United States subsidiary of Sony Corporation, which is headquartered in Tokyo, Japan; and admit that an indirect subsidiary is registered with the Secretary of the Commonwealth of Massachusetts and has a registered agent to accept service of process in Massachusetts.

5. Deny the allegations of paragraph 5 of the Complaint, accept admit that SPE is an indirect subsidiary of SCA and that, among other things, SPE and its subsidiaries are in the business of producing and distributing motion pictures and television programming; developing and marketing motion pictures and television programming; and operating studio facilities.

6. Admit the allegations of paragraph 6 of the Complaint.

7. Admit the allegations of paragraph 7 of the Complaint.

8. Deny the allegations of paragraph 8 of the Complaint, except admit that Plaintiffs purport that this action arises under the copyright laws of the United States.

9. Deny the allegations of paragraph 9 of the Complaint, except admit that venue is proper here with respect to SPE and CPII, and that CPII is registered with the Secretary of the Commonwealth of Massachusetts and has a registered agent to accept service of process in Massachusetts.

10. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the Complaint.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the Complaint.

12. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Complaint.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Complaint.

14. Admit the allegations of paragraph 14 of the Complaint.

15. Deny the allegations of paragraph 15 of the Complaint, except respectfully refer the Court to the Powell Book for a complete and accurate description of its contents.

16. Deny the allegations of paragraph 16 of the Complaint. Julie Powell most certainly does "emulate" Julia Child in the Powell Book. The Powell Book is replete with references to Julia Child, her transformation in France – where she found her deep love of food, cooking, writing, and her husband, and Powell's efforts to rise to the level of Julia Child. For example, in summing up her experiences explored in the Powell Book, Powell writes:

> Julia taught me what it takes to find your way in the world. It's not what I thought it was. I thought it was all about—I don't know, confidence or will or luck. Those are all good things to have, no question. But there's something else, something that these things grow out of.
>
> It's joy.
>
> I know, I know-it's truly and an *obnoxious* word isn't it? ... And yet it's the best word I can think of for the heady, nearly violent satisfaction to be found in the text of Julia's first book. I read her instructions for making bechamel sauce, and what comes throbbing through is that here is a woman who has found her way.
>
> Julia Child began learning to cook because she wanted to share good food with her husband, because she'd fallen in love with great food late but hard, because she was in Paris, because she didn't know what to do with herself. She was 37 years old. She'd found love, and it was divine. She'd learned to eat, and that was pretty great, too. But it wasn't enough. She probably thought she'd never find whatever it was that was missing if she hadn't

found it by the age of 37. But then, at a cooking school in Paris, she did. (Powell Book at p. 305).

Defendants respectfully refer the Court to the Powell Book for a complete and accurate description of its contents.

17. Deny the allegations of paragraph 17 of the Complaint, except respectfully refer the Court to the Powell Book for a complete and accurate description of its contents.

18. Deny the allegations of paragraph 18 of the Complaint.

19. Deny the allegations of paragraph 19 of the Complaint, except respectfully refer the Court to the December 2006 Screenplay for a complete and accurate description of its contents.

20. Deny the allegations of paragraph 20 of the Complaint, except respectfully refer the Court to the December 2006 Screenplay and the Powell Book for a complete and accurate description of their contents. Specifically, Plaintiffs have misdescribed their own book by claiming it covers the narrow period of 1948 – 1954, when more than a third of the book occurred outside of that time period and it ends in 1992.

21. Deny the allegations of paragraph 21 of the Complaint, except respectfully refer the Court to the referenced documents for a complete and accurate description of their contents. Defendants also respectfully refer the Court to the comparison chart submitted herewith in response to the allegations of paragraph 38 of the Complaint.

22. Deny the allegations of paragraph 22 of the Complaint.

23. Deny the allegations of paragraph 23 of the Complaint, except admit that CPII is the copyright owner of the December 2006 Screenplay, referred to by Plaintiffs as the Powell Screenplay.

24. Deny the allegations of paragraph 24 of the Complaint, except admit that CPII presently intends to make a feature length motion picture currently entitled *Julie & Julia,* and that the December 2006 Screenplay that Plaintiffs refer to as the Powell Screenplay was one draft of the screenplay for such Motion Picture, but deny that the Motion Picture will be based on the December 2006 Screenplay.

25. Deny the allegations of paragraph 25 of the Complaint.

26. Admit the allegations of paragraph 26 of the Complaint.

27. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 of the Complaint.

28. Deny the allegations of paragraph 28 of the Complaint, except admit that the December 2006 Screenplay is dated December 14, 2006.

29. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29 of the Complaint.

30. Deny the allegations of paragraph 30 of the Complaint, except respectfully refer the Court to the Powell Book for a complete and accurate description of its contents.

31.  Deny the allegations of paragraph 31 of the Complaint, except respectfully refer the Court to the December 2006 Screenplay for a complete and accurate description of its contents.

32.  Deny the allegations of paragraph 32 of the Complaint.

33.  Deny the allegations of paragraph 33 of the Complaint.

34.  Deny the allegations of paragraph 34 of the Complaint.

35.  Deny the allegations of paragraph 35 of the Complaint.

36.  Deny the allegations of paragraph 36 of the Complaint.

37.  Deny the allegations of paragraph 37 of the Complaint.

38.  Deny the allegations of paragraph 38 of the Complaint and respectfully refer the Court to the following chart comparing the December 2006 Screenplay to Plaintiffs' allegations of similarities to the Autobiography. In the chart below, which is based on the chart in Plaintiffs' Complaint, two changes have been made. First, a line has been drawn through Plaintiffs' counsel's editorial content in the chart, so that it can be readily seen what is alleged to be actually in the two works at issue. Second, a third column has been added which shows the basic facts that appear in both works and the sources for these facts.[1]

---

[1] The facts identified in the column "Defendants' Response" can be found in the following: Noel Riley Fitch, Appetite for Life: The Biography of Julia Child (Anchor Books 1999) ("1999 Fitch Book"); *A&E Biography: Julia Child* (A&E television broadcast 1997) ("1997 A&E Biography"); Julia Child, From Julia Child's Kitchen (Gramercy Books 1999) (1975) ("1975 'From Julia Child's Kitchen' Book"); Interview with Julia Child, by Jewell Fenzi,

| | Plaintiffs' Description of the Powell Screenplay | Plaintiffs' Description of the Julia Child Memoir | Defendants' Response |
|---|---|---|---|
| 1. | P. 1: ~~The Powell Screenplay dramatically opens at the port in Le Havre where Julia and Paul Child's~~ "sky-blue 1947 Buick station wagon dangles in the air on a crane [and] starts its descent" having just been off-loaded from the hull of a ship, and refers to "[a] diplomatic license plate affixed to the car." | P. 14: ~~The Julia Child Memoir dramatically opens at the port in Le Havre where Julia and Paul Child's Buick is held by a crane having just been off-loaded from the hull of a ship:~~ "Finally our crane pulled our large sky-blue Buick station wagon . . . out of the ship's hold. The Buick swung overhead in a sling and then dropped down to the dock." The Julia Child Memoir refers to "our diplomatic license plates" affixed to the car. | **Plaintiffs' Description and Comparison are False:** The Autobiography does not "dramatically open[] at the port in Le Havre where Julia and Paul Child's Buick is held by a crane having just been offloaded from the hull of a ship. . ." The Autobiography opens with a 4-page discussion of Paul and Julia's voyage to Europe aboard the *SS America*. (P. 11)  The reference to the Buick being off-loaded from the ship comes only at the end of the sub-chapter titled "Sea Change." (P. 14) This purported similarity relates solely to the unprotectible statement of historical fact of Julia and Paul Child arriving in France with their car. A fact that is also reported in the: (1) pre-existing **1999 Fitch Book** (P. 152: "Julia and Paul docked at Le Havre, claimed the big blue Buick, and headed towards his new appointment…", P. 159: "on the dock in Le Havre as the crane swung their Buick from the hold to the dock…"); (2) pre-existing **Powell Book** (PP. 225-26: "He pointed as the Buick was at last lifted out of the hold by an enormous crane. It swung slightly in its cradle of chains and rubber, the morning light glittering on the drops of condensation scattered across its |

Nov. 7, 1991, The Foreign Affairs Oral History Collection of the Association for Diplomatic Studies and Training ("1991 FAHC Interview"); Laura Shapiro, Julia Child (Penguin Group 2007) ("Shapiro Book"); Review, *PBS Honors Julia Child as a Great American (Culinary) Master*, The Patriot Ledger, Aug. 17, 2004, Features, p. 13 ("8/17/2004 Patriot Ledger Article"); Calvin Tomkins, *Good Cooking*, The New Yorker, Dec. 23, 1974 ("1974 New Yorker Article"); *Everyone's in the Kitchen*, Time, Nov. 25, 1966 ("1966 Time Article"); Carol Paton, *A Tribute to Television Icon Julia Child*, Imagine News, Sep. 2004 ("2004 Patton Article"); Kathryn Kellinger, *Julia Child: Still Cookin' After All These Years*, Salon.com, Aug. 20, 1999 ("1999 Salon.com Article").

| | Plaintiffs' Description of the Powell Screenplay | Plaintiffs' Description of the Julia Child Memoir | Defendants' Response |
|---|---|---|---|
| | | | cobalt skin."); (3) pre-existing **1975 "From Julia Child's Kitchen" Book** (P. 117: "When my husband and I landed in France in the fall of 1948 and drove from Le Havre to Paris in our old blue Buick . . ."); and (4) pre-existing **FAHC Interview** ("with our old blue Buick…"). |
| 2. | P. 1: ~~Julia and Paul have their first meal in France at La Couronne, a restaurant in Rouen, dining on~~ "Dover sole, *sputtering* in butter." (Emphasis added) | P. 16, 18: ~~Julia and Paul have their first meal in France at La Couronne, a restaurant in Rouen, dining on~~ "Dover sole that was perfectly browned in a *sputtering* butter sauce." (Emphasis added) | This purported similarity relates solely to an unprotectible statement of historical fact of Julia Child's memorable first meal in France. A fact that is also reported in the (1) pre-existing **1999 Fitch Book** (P. 155: "Sole meunière, *sputtering* hot and browned by 'Golden Normandy Butter.'" (Emphasis added, quoting Julia Child's letters)); (2) pre-existing **Powell Book** (P. 226: "You are going to eat a real sole meunière, with real Dover sole, and I guarantee you, your life is going to change!"); (3) pre-existing **1997 A&E Biography** ("Her first encounter with French cuisine was a revelation. JULIA: I had my first Dover sole in that lovely, you know one of those lovely creamy winey sauces . . ."); (4) **Shapiro Book** (P. 27: "The story of Julia Child's first meal in France has been told and retold, most eloquently by Julia herself…and then a splendid sole meunière was set before them. 'It was handsomely browned and still *sputteringly* hot under its coating of chopped parsley, and around it swirled a goodly amount of golden Normandy butter.'" (Emphasis added.)); (5) pre-existing **1975 "From Julia Child's Kitchen" Book** (P. 117: ". . . we stopped for lunch at La Couronne in Rouen --my first meal in France. Paul, in his beautiful French, ordered |

|   | **Plaintiffs' Description of the Powell Screenplay** | **Plaintiffs' Description of the Julia Child Memoir** | **Defendants' Response** |
|---|---|---|---|
|   |   |   | us *Sole Meunière*. Presently, after oysters and Chablis, in came our fish on a large oval platter, a whole big flat sole for the two of us. It was handsomely browned and still *sputteringly* hot under its coating of chopped parsley, and around it swirled a goodly amount of golden Normandy butter." (Emphasis added.)); and (6) pre-existing **8/17/2004 Patriot Ledger Article** ("Julia's passion for food began in the city of Rouen, when Paul brought her to La Couronne, the oldest restaurant in France. The meal —briny oysters Portugaises on the half shell, sole meunière, in golden Normandy butter, served with Pouilly Fuisse, … was served with customary ritual."). |
| 3. | P. 4: ~~To establish the dramatic effect of Julia's first experience in her kitchen in their new (but old) Paris apartment, the Powell Screenplay describes:~~ "Light pours through the window. She towers over the stove and sink." | P. 74: ~~To establish the dramatic effect of Julia's first experience in her kitchen in their new (but old) Paris apartment,~~ the Julia Child Memoir contains a photo taken by Paul of Julia ~~bathed in light from the kitchen window as she towers above the sink.~~ | **Plaintiffs' Description and Comparison are False:** An alleged *written* description of a *photograph* is not a "copy" or an infringing similarity. Further, there is nothing in the Autobiography to indicate that the photograph (which does not appear until 74 pages into the Autobiography) had anything to do with "Julia's first experience in her kitchen" in Paris. This purported similarity relates solely to an unprotectible statement of historical fact that Julia was tall compared to the stovetops in her kitchen in Paris. A fact that is also reported in the (1) pre-existing **Powell Book** (P. 3: "The stove and counters were too short for her, like everything else in the world. Even so, she liked her kitchen at the top of the stairs better than the one at school – liked the light and air up here…"); and (2) the **Shapiro Book** |

| | **Plaintiffs' Description of the Powell Screenplay** | **Plaintiffs' Description of the Julia Child Memoir** | **Defendants' Response** |
|---|---|---|---|
| | | | (P. 30: "Up a flight of stairs there was a roomy kitchen with appliances so small in relation to her height that she might have been standing over a toy stove."). This same photograph was also used in the pre-existing **1997 A&E Biography**. |
| 4. | P 5: ~~Describes how happy Julia is to be in France.~~ | PP. 25, 35, 38: ~~Describes how happy Julia is to be in France.~~ | This purported similarity relates solely to an unprotectble statement of historical fact that Julia Child was happy in Paris. A fact that is also reported in the: (1) pre-existing **1999 Fitch Book** (PP. 157-158: Julia shows "'only pleasure and growing satisfaction …'"; PP. 160, 165-166); (2) the pre-existing **Powell Book** (P. 225: "I'm in France for the first time. I'm happy!"); and (3) the pre-existing **1974 New Yorker Article** ("[F]rom the beginning I just fell in love with everything I saw."). |
| 5. | P. 14: ~~Julia befriends the merchants at the neighborhood market as Paul takes photographs:~~ "Julia, carrying groceries, walks down a crowded Paris market street . . . . Everyone loves her . . . . Paul takes photographs of Paris as Julia chats up a grumpy chestnut vendor, who is charmed by her." | PP. 40-42: ~~Julia befriends the merchants at the neighborhood market as Paul takes photographs~~: "I shopped at our neighborhood marketplace . . . . and I got to know all the regulars . . . . Paul, the mad photographer, always carried his trusty camera slung over his shoulder and had a small sketchpad stuffed in his pocket." | **Plaintiffs' Description and Comparison are False:** The Autobiography does <u>not</u> describe "Julia befriend[ing] the merchants at the neighborhood market as Paul takes photographs." Plaintiffs have misleadingly taken snippets of quotes from three pages of the book that are taken out of context. The narrative in the referenced three pages (PP. 40-42) of the Autobiography is clearly divided into three separate sections, each addressing separate and unrelated incidents. The first addresses the unprotectible historical fact that, like most Parisians, Julia Child shopped in her neighborhood marketplace and got to know the shopkeepers. The second section, consisting of two clearly set off paragraphs, describes Julia's Christmas in Paris. The third distinct |

| **Plaintiffs' Description of the Powell Screenplay** | **Plaintiffs' Description of the Julia Child Memoir** | **Defendants' Response** |
|---|---|---|
| | | section, from which Plaintiffs' have misleadingly included a quote, has <u>nothing</u> to do with Julia's experience with the merchants in her local neighborhood. It describes how Julia and Paul, a photographer, liked to wander the streets of Paris and that Paul "always carried his trusty camera flung over his shoulder." (PP. 40-42). The unprotectible historical fact that Julia befriended the merchants in her neighborhood is also reported in (1) the pre-existing **1999 Fitch Book** (PP. 166-167: "Markets in Paris were a sensuous delight …. There were small individual shops for meat and bread and wine, …. She quickly learned that she had to establish a relationship with the vendors to get the best produce."); and (2) the **Shapiro Book** (PP. 31-32: "At the market she … chatted away with the shopkeepers. In France, food was a sociable enterprise…"). The unprotectible historical fact that Paul Child constantly photographed Julia is reported in (1) the pre-existing **1999 Fitch Book** (P. 168: "She [Julia] remembers often stopping for long periods while Paul waited for just the right light for a photograph…Paul took hundreds of photographs…"; P. 177: "[Paul] immersed himself in photography during her hours in the kitchen."; P. 314: "Paul spent decades serving as her official photographer."; P. 315: "He was her manager and photographer. They always shopped together.") and (2) the pre-existing **1966 Time Article** ("…and Paul acting as the cookbook's official photographer, recording each step in Julia's preparation for sketches to illustrate future chapters."). |

| | **Plaintiffs' Description of the Powell Screenplay** | **Plaintiffs' Description of the Julia Child Memoir** | **Defendants' Response** |
|---|---|---|---|
| 6. | P. 15: JULIA: "I feel that I am French. I just must be." | P. 54: "I had come to the conclusion that I must really *be* French." (Emphasis in original) | This purported similarity relates solely to the unprotectible statement of historical fact that Julia developed an affinity for the French. *See, e.g.*, **1999 Fitch Book** (P. 159 "'Julia adored the French.'") and countless other articles and interviews. |
| 7. | P. 18: ~~Describes that, for her 37th birthday, Paul gives Julia~~ "a copy of *Larousse Gastronomique*, the 1100-page bible of French cooking." | P. 56: ~~Describes that, for her 37th birthday, Paul gives Julia~~ "the *Larousse Gastronomique,* a wonder-book of 1,087 pages of sheer cookery." | This purported similarity relates solely to an unprotectible statement of historical fact of her birthday gift that launched her more studied approach to her gastronomical passion.<br>The fact is also reported in the pre-existing **1999 Fitch Book** (P. 172: "[Paul's] birthday gift was *Larousse Gastronomique* ('1087 pages of sheer cookery….').") (Quoting Julia Child's letters)). |
| 8. | PP. 28-30: ~~Describes Julia's enrollment at the Cordon Bleu cooking school, that Julia wears her pearls to class and that, after first being assigned to a small class of two women~~ ("two young American housewives"). ~~Julia found this class unchallenging, but was told that she was not an advanced cook:~~ "JULIA: I was hoping for something more advanced, Madame Brassart – MADAME BRASSART: But you are not an advanced cook." ~~Julia is reassigned to a more advanced class of professionals—eleven World War II vets who regard her with disdain:~~ "Eleven men, all American World War II vets…. On | PP. 57, 59: ~~Describes Julia's enrollment at the Cordon Bleu cooking school, that Julia wears her pearls to class and was first assigned to a small class of two women~~ ("an English and a French girl of about my age"). P. 58: Photo shows Julia wearing her pearls to cooking class with Chef Bugnard. ~~Julia found this class unchallenging, but was told that she was not an advanced cook:~~ "I sat down with Madame Elizabeth Brassart . . . and explained that I'd had a more rigorous program in mind . . . . Madame Brassart decreed that I was not advanced enough for haute cuisine." ~~Julia is reassigned to a more advanced class of professionals—eleven World~~ | This purported similarity relates solely to unprotectible statements of historical fact of Julia Child's oft-told arrival at Cordon Bleu.<br>Facts that are also reported in (1) the pre-existing **1999 Fitch Book** (P. 174-175: "After two frustrating mornings in a class of amateurs, she was finally transferred to a class she wanted. In Chef Max Bugnard's class for ex-GIs who intended to become professionals, Julia was the only woman."; P. 180: "She [Madame Brassart] repeated the judgment that Mrs. Child 'did not have any great natural talent for cooking.' "); (2) pre-existing **Powell Book** (P. 299: "[Julia] ' I'm going to be in a class with eleven veterans – the GI Bill is paying for the tuition. I'll be the only woman…[Paul] 'Cordon Bleu, eh? The culinary school? Going to take a cooking class?'"); (3) pre-existing **1997 A&E Biography** ("She enrolled at a legendary French cooking school, the Cordon Bleu. She |

|   | **Plaintiffs' Description of the Powell Screenplay** | **Plaintiffs' Description of the Julia Child Memoir** | **Defendants' Response** |
|---|---|---|---|
|   | the men. One rolls his eyes. Another smirks." | War II vets who regard her with disdain: "[T]he restauranteers' class was made up of eleven former GIs . . . but when I walked into the classroom the GIs made me feel as if I had invaded their boys' club." | signed up for a professional course with a group of ex-GIs, the only woman in a class of 12."); (4) the pre-existing **1991 FAHC Interview** ("I enrolled in the Cordon Bleu…and I was fortunately able to join a group of GIs on the (GI) Bill…I was the only woman in that class with the men."); (5) the pre-existing **1999 Salon.com Article** ("[Julia Child was the] only woman in her class…The owner of the Cordon Bleu thought she lacked natural cooking ability but had extraordinary stamina."); and (6) the pre-existing **8/17/2004 Patriot Ledger Article** ("Child enrolled in the Cordon Bleu…among a group of all-male, American G.I.s."). The fact that Julia often wore pearls is evident from countless photographs and interviews. |
| 9. | P. 31: JULIA: "Every morning the alarm goes off at 6:30 and I leap out of bed." | P. 61: "Every morning, I'd pop awake at 6:30 . . ." | This purported similarity relates solely to an unprotectible statement of historical fact of Julia Child's daily regimen. A fact that is also reported in (1) the pre-existing **1999 Fitch Book** (P. 174-175: "Julia and eleven veterans…were taking a ten-month course of twenty-five hours a week, with their days taken up by hands-on cooking from 7:30 to 9:30 in the morning…"; P.181: "The halfhearted GIs would continue three more months, but Julia wanted no more of the six-thirty wake-ups."). |
| 10. | P. 32: JULIA: "By 7:30 I'm in class, in my apron, peeling potatoes." P. 32: "JULIA (V.O., CONTINUED) The morning class ends at 12:30 and I go home and make lunch for Paul | P. 61: "At 7:20 I'd walk two blocks to school and don my 'uniform,' an ill-fitting white housedress and a blue chef's apron with a clean dish towel tucked into the waist cord. Then I'd select a razor-sharp paring knife and start to peel | This purported similarity relates solely to an unprotectible statement of historical fact of Julia Child's daily regimen. A fact that is also reported in (1) the pre-existing **1999 Fitch Book** (P. 174-175: "Julia and eleven veterans…were taking a ten-month course of twenty- |

| | **Plaintiffs' Description of the Powell Screenplay** | **Plaintiffs' Description of the Julia Child Memoir** | **Defendants' Response** |
|---|---|---|---|
| | (continued)<br>INT. JULIA CHILD'S KITCHEN – 1949 – DAY<br>Julia and Paul eat lunch.<br>JULIA (V.O., CONTINUED) Then Paul takes a nap." | onions while chitchatting with the GIs."<br>P. 35: "But [Paul] wasn't professionally ambitious. [For lunch] Paul often had a sandwich alone with his camera on the banks of the Seine. Or he'd come home for leftovers with me . . . followed by a brief nap."<br>P. 61: "At 12:30 Paul would come home for lunch, and we'd eat and catch up. He'd sometimes take a quick catnap . . . ." | five hours a week, with their days taken up by hands-on cooking from 7:30 to 9:30 in the morning…"; P.181: "[Julia] told one interviewer, 'I would go to school in the morning, then for lunchtime, I would go home and make love to my husband, and then ...'"); (2) the pre-existing **1974 New Yorker Article** (" 'I would leave home at seven in the morning, cook all morning with the G.I.s, and then rush home to make lunch for Paul,' Julia remembers."); (3) the pre-existing **1991 FAHC Interview** ("and cook until about eleven. Then I would rush home and cook Paul a fancy lunch and go back again."); and (4) the pre-existing **1966 Time Article** ("Classes ran from 7 to 9:30 a.m."). |
| 11. | P. 33: JULIA: "Afterwards I go back to school and Paul goes back to the embassy." | P. 62: "… but more often [Paul] would rush back across the Seine to put out the latest brushfire at the embassy." | This purported similarity relates solely to an unprotectible statement of historical fact of what would usually happen after lunch was over.<br>A fact that is also reported in (1) the pre-existing **1999 Fitch Book** (P. 175: "…then three-hour afternoon demonstration classes."); (2) the pre-existing **1991 FAHC Interview** ("and cook until about eleven. Then I would rush home and cook Paul a fancy lunch and go back again."); and (3) the pre-existing **1966 Time Article** ("in the afternoon she attended a little cooking theater manned by some of the top pâtissiers in Paris."). |
| 12. | P. 33: CHEF MAX BUGNARD: "If you make a mistake, do not apologize. Joy! Fun! This is what matters!" | P. 61: "Bugnard insisted that one pay attention, learn the correct technique, and that one enjoy one's cooking – 'Yes, Madame Scheeld, *fun!*' he'd say. 'Joy!' (Emphasis in | This purported similarity relates solely to an unprotectible statement of historical fact of Bugnard's approach and its influence on Julia Child.<br>A fact that is also reported in (1) the pre-existing **1999 Fitch Book** (P. 177: |

| | **Plaintiffs' Description of the Powell Screenplay** | **Plaintiffs' Description of the Julia Child Memoir** | **Defendants' Response** |
|---|---|---|---|
| | | original) | "He was, she told Simone Beck four years later, 'mon maître chef Max Bugnard ... .'"); and (2) the **Shapiro Book** (P.34: "Bugnard was the teacher who made Julia a cook. This generous and knowledgeable chef became a kind of culinary archetype who would rule her imagination for the rest of her life."). |
| 13. | P. 34: JULIA: "Avis, I'm in heaven here. I've been looking for a career all my life and I've found it." | P. 63: "How magnificent to find my life's calling, at long last!" | This purported similarity relates solely to an unprotectible statement of historical fact that she established her career and life's work in France. A fact that is also reported in (1) the pre-existing **Powell Book** (P. 305: "She [Julia Child] probably thought she'd never find whatever it was that was missing if she hadn't found it by the age of thirty-seven. But then, at a cooking school in Paris, she did."); (2) the pre-existing **1999 Fitch Book** (P. 176: " 'I just became passionate. I had been looking for a career my whole life,' she informed an OSS interviewer."); (3) the pre-existing **1974 New Yorker Article** (" 'Until I got into cooking,' she once said, 'I was never *really* interested in anything.'"); and (4) the pre-existing **1997 A&E Biography** (The entire first half of the program is about Julia Child finding her calling.). |
| 14. | P. 34: ~~Julia and Paul wear red paper hearts on their white T-shirts to a Valentine's Day party:~~ "Julia wears a large red paper heart pinned onto her white blouse . . . . Paul wears a red paper heart like Julia's. On the wall is a large photograph of Julia and Paul wearing their | Front Cover of Book: Shows Julia and Paul with red paper hearts pinned on their white shirts. P. 200: Paul incorporated this photograph into his 1959 Valentine card design. | An alleged *written* description of a *photograph* is not a "copy" or an infringing similarity. This purported similarity relates solely to an unprotectible statement of historical fact of Julia and Paul's Valentine's Day tradition. A fact that is also reported in the pre-existing (1) **1997 A&E Biography** (" [Julia] and Paul began a tradition of sending comical Valentine cards to |