UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


THE JULIA CHILD FOUNDATION
     Plaintiff

    V.

                            CIVIL ACTION:0CV11748-RWZ

SONY CORP. OF AMERICA
     Defendant


<u>ORDER OF DISMISSAL</u>

ZOBEL, D.J.                                              JANUARY 15, 2008


       The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.


                                                       By the Court,


                                                       <u>s/ Lisa A. Urso</u>
                                                       Deputy Clerk